IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRENE RICHARDSON,<br><br>Plaintiff<br><br>v.<br><br>MERCK & CO., INC., *et al.*<br><br>Defendants. | CIVIL ACTION NO.:<br>2:12-cv-01396-SM-ALC<br><br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF TEVA PHARMACEUTICALS, INC., DR. REDDY'S LABORATORIES, INC., RANBAXY LABORATORIES, INC., RANBAXY PHARMACEUTICALS, INC., AND LUPIN PHARMACEUTICALS, INC. |

Plaintiff, Irene Richardson, by and through counsel, hereby dismisses, without prejudice, all claims in this action against Defendants Teva Pharmaceuticals, Inc., Dr. Reddy's Laboratories, Inc., Ranbaxy Laboratories, Inc., Ranbaxy Pharmaceuticals, Inc., and Lupin Pharmaceuticals, Inc. (but not against other Defendants) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed by Defendants Teva Pharmaceuticals, Inc., Dr. Reddy's Laboratories, Inc., Ranbaxy Laboratories, Inc., Ranbaxy Pharmaceuticals, Inc., and Lupin Pharmaceuticals, Inc., and Plaintiff's claims against Defendants Teva Pharmaceuticals, Inc., Dr. Reddy's Laboratories, Inc., Ranbaxy Laboratories, Inc., Ranbaxy Pharmaceuticals, Inc., and Lupin Pharmaceuticals, Inc. thus will be dismissed upon filing of this Notice, without Order of Court.

Respectfully submitted,

/s/ Bryan A. Pfleeger
Bryan A. Pfleeger, La. Bar 23896
Michael Hingle & Associates, LLC
220 Gause Blvd., Slidell, LA 70458
(985) 641-6800; fax (985) 646-1471
Email: crystalin@hinglelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of Teva Pharmaceuticals, Inc., Dr. Reddy's Laboratories, Inc., Ranbaxy Laboratories, Inc., Ranbaxy Pharmaceuticals, Inc., and Lupin Pharmaceuticals, Inc. has been filed and will be served via the Court's electronic filing system on the 9th day of October 2012.

                                                    /s/ Bryan A. Pfleeger
                                                  Bryan A. Pfleeger