UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IRENE RICHARDSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1396** |
| **MERCK & CO., INC. ET AL** | **SECTION "E"** |

ORDER

On February 25, 2013, the Court ordered Plaintiff, Irene Richardson ("Plaintiff"), to file an amended complaint no later than March 27, 2013, addressing the issues raised in Merck & Co., Inc.'s motion to dismiss.[1] The Court's order informed Plaintiff that the Court would dismiss the above-captioned matter without prejudice if she failed to do so. The record reflects that Plaintiff received a copy of the Court's order on February 27, 2013, via certified mail.[2] To date, Plaintiff has not filed an amended complaint in accordance with the Court's instructions. Accordingly,

**IT IS ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to comply with the Court's February 25, 2013 order.

**New Orleans, Louisiana, this 5th day of April, 2013.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 73.

[2] R. Doc. 74